IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:16-CR-154 |
| | : |
| v. | : (Chief Judge Conner) |
| | : |
| **ROBERT DUANE HUNTER,** | : |
| | : |
| **Defendant** | : |

## ORDER

AND NOW, this 11th day of January, 2019, upon consideration of the application (Doc. 352) to proceed *in forma pauperis* filed *pro se* by defendant Robert Duane Hunter ("Hunter"), ostensibly in anticipation of filing a petition for habeas corpus pursuant to 28 U.S.C. § 2255, and the court noting that, although "leave to proceed *in forma pauperis* [is] not required" in proceedings under § 2255, as such matters are merely "a continuation of the criminal case" itself, United States v. Thomas, 713 F.3d 165, 172-73 (3d Cir. 2013) (quoting United States v. Cook, 997 F.2d 1312, 1319-20 (10th Cir. 1993)), the court may nonetheless grant such requests as a "convenient way of getting [the defendant's indigent status] into the official record so that the judge may appoint counsel, order the government to pay witness fees, allow docketing of an appeal, and grant any other rights to which an indigent is entitled in the course of a § 2255 motion," R. GOVERNING § 2255 CASES R. 3, advisory committee note 1976, and the court having reviewed the documentation attached to Hunter's motion and finding a grant of *in forma pauperis* status to be warranted, it is hereby ORDERED that Hunter's motion (Doc. 352) is GRANTED.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania